Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Arthur Owens

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS, | No. 1:15-cv-00968-BAM |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| MARIE CALLENDER PIE SHOPS, LLC, dba MARIE CALLENDER'S RESTAURANT #229, et al., | |
| Defendants. | |

WHEREAS, the remaining Defendant has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 26, 2015                MOORE LAW FIRM, P.C.


                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff
                                     Arthur Owens
                                     **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that Defendant D'Arpino-Marty Gras, L.L.C. and this action is dismissed with prejudice in its entirety.  The Clerk of the Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated:  **August 27, 2015**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE